ROBERT E. FERGUSON, Respondent, v. WILLIAM L. HELFEN-
STEIN et al., Appellants.

(Argued September 28, 1877; decided October 9, 1877.

*George W. Stephens*, for appellants.

*Nathaniel C. Moak*, for respondent.

Agree to affirm.    No opinion.
FOLGER and MILLER, JJ., absent.
Judgment affirmed.

---

JULIA A. C. PARHAN, Administratrix, etc., et al., Respond-
ents, v. JOHN MORAN, Appellant.

(Submitted October 3, 1877; decided October 10, 1877.)

REPORTED below, 4 Hun, 717.

*John Moran*, appellant in person.

*John B. Gale*, for respondents.

Agree to affirm.    No opinion.
All concur, except FOLGER and MILLER, JJ., absent.
Judgment affirmed.

---

GEORGE R. HALE et al., Respondents, v. JAMES T. EASTON
et al., Appellants.

(Argued October 4, 1877; decided October 10, 1877.)

*Edward D. McCarty*, for appellants.

*James B. Jenkins*, for respondents.

Agree to affirm. No opinion.

All concur, except FOLGER, RAPALLO and MILLER, JJ., absent.

Judgment affirmed.

---

JOHN PARROTT, Appellant, *v.* GARDNER COLBY, Respondent.

(Argued October 3, 1877; decided November 13, 1877.)

REPORTED below, 6 Hun, 55.

*Albert Stickney,* for appellant.

*William G. Wilson,* for respondent.

Agree to affirm on opinion below.

All concur, except EARL, J., who reads for reversal. FOLGER, J., absent.

Judgment affirmed.

---

ALFRED ROSE, Appellant, *v.* MASON L. BALDWIN, Respondent.

(Argued October 4, 1877; decided November 13, 1877.)

*Ralph T. Wood,* for appellant.

*David B. Prosser,* for respondent.

Agree to affirm. No opinion.

All concur, except FOLGER and MILLER, JJ., absent.

Judgment affirmed.